IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT
OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>RESPONDENT/PLAINTIFF,<br><br>-VS-<br><br>GREGORY WILLIAMS,<br>DEFENDANT/MOVANT, | \*<br>\*<br>\*<br>\*<br>\*<br>\*<br>\* |

CASE NO: 01-20005-01
HONORABLE JUDGE: MICHAEL P. McCUSKEY

FILED
MAR - 3 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MOTION FOR APPOINTMENT OF COUNSEL

NOW COMES, the Defendant/Movant, Gregory Williams, pro se, and respectfully requesting that this Honorable Court grant him counsel and for an Order appointing [John C. Taylor], Esquire, from the Federal Public Defender's Office for the Central District of Illinois, whose address is [300 West. Main Street, Urbana, Illinois 61801], as he previously represented me through my initial court proceedings.

In support, under 18 U.S.C.A. §3006A, Mr.Williams requests that this Honorable Court will grant him counsel in respect to the [said] motion pursuant to 18 U.S.C. § 3582(c)(2), that is applicable to his charged violation, and thus has been subsequently lowered by the Sentencing Commission under Amendment 706- in regards to Cocaine Base/Crack violations. Mr.Williams, remain indigent and requests counsel for the modification of his sentence pursuant to § 3582(c)(2) proceedings and in accordance to his due process and equal protection concerns that may or may not arise in this modification of his term of imprisonment.

WHEREFORE, Mr.Williams humbly prays that this Honorable Court will grant him counsel.

CERTIFICATE OF SERVICE

I, Mr.Williams, hereby certify that a true and exact copy of the foregoing motion for "Appointment of Counsel" was mailed to the Clerk of Court's for the Central District of Illinois on this 28 day and FEB Month of 2008 attached with Motion to Modify Sentence pursuant to 18 U.S.C. §3582(c)(2) to be filed accordingly.

Respectfully submitted,
Gregory Williams 12619-026
Gregory Williams, #12619-026
Federal Prison Camp
P.O. Box 4000
Manchester, Ky 40962-4000