E-FILED
Friday, 28 March, 2008  05:09:54 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff.<br><br>v.<br><br>GREGORY WILLIAMS,<br><br>    Defendant. | No. 01cr20005<br>Hon. Michael P. McCuskey, Chief<br>United States District Judge,<br>Presiding |

**AMENDED MOTION TO REDUCE SENTENCE**

NOW COMES the Defendant, GREGORY WILLIAMS, by his court-appointed undersigned attorneys, Richard H. Parsons, Federal Public Defender for the Central District of Illinois and Jonathan E. Hawley, First Assistant Federal Public Defender, moving this Honorable Court pursuant to 18 U.S.C. § 3582(c)(2) for an order reducing the defendant's term of imprisonment, and in support thereof states the following:

1.     The Defendant pleaded guilty on September 5, 2001, to one count of conspiracy to distribute more than 50 grams crack cocaine in violation of 21 U.S.C. § 841(a)(1) and 846.

2.     The offense carried a 10-year statutory mandatory minimum penalty.

3.     At sentencing, the defendant was held accountable for at least 500 gram but less than 1.5 kilograms of crack cocaine. This amount resulted in a Base Offense Level of 36.

4.     With a 3-level downward adjustment for acceptance of responsibility, the Defendant's Total Offense Level was 33.

5.     At sentencing, this court found the Defendant's Criminal History Category to be

III, resulting in a guideline range of 168 to 210 months. The court departed from the bottom of the range for the reasons stated in the Statement of Reasons by 10% and imposed a sentence of 151 months.

6.  Under Amendment #706 to the United States Sentencing Guidelines as made retroactive by Amendment #711, the Defendant's Base Offense Level is now 34, and with the same adjustments made at his original sentencing hearing, his Total Offense Level is 31, his criminal history category remains at III, and his new guideline range is 135 to 168 months. Applying the same 10% departure from the bottom of the new guideline range results in a **121 month sentence.**

7.  The Defendant's current release date as calculated by the Bureau of Prisons is December 17, 2011.

8.  Undersigned counsel is aware of no institutional adjustment or public safety factors which would warrant denial of this motion.

9.  The United States Attorney's Office and the United States Probation Office have no objection to this motion.

WHEREFORE, the Defendant, GREGORY WILLIAMS, respectfully requests that this Honorable Court GRANT the Defendant's motion to reduce sentence and enter an Amended Judgment and Conviction sentencing the defendant to **121 months imprisonment**.

GREGORY WILLIAMS, Defendant

RICHARD H. PARSONS
Federal Public Defender

BY:   s/ Jonathan E. Hawley
_____
JONATHAN E. HAWLEY
Attorney for Defendant

First Assistant FPD
ARDC Reg. No. 6243088
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: (309) 671-7898
E-mail: jonathan_hawley@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney Collins Bruce.

s/ Jonathan E. Hawley
_____
JONATHAN E. HAWLEY
Attorney for Defendant
First Assistant FPD
ARDC Reg. No. 6243088
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: (309) 671-7898
E-mail: jonathan_hawley@fd.org