AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Central District of Illinois

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| GREGORY WILLIAMS | ) Case No: 01-20005-001 |
| | ) USM No: 12619-026 |
| Date of Previous Judgment: 01/08/2002 | ) Jonathan E. Hawley |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

FILED
APR - 1 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [✓] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __151__ months **is reduced to** __121__ .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: 33          Amended Offense Level: 31
Criminal History Category: III      Criminal History Category: III
Previous Guideline Range: 168 to 210 months    Amended Guideline Range: 135 to 168 months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
[ ] The reduced sentence is within the amended guideline range.
[✓] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

### III. ADDITIONAL COMMENTS
This Order is subject to the prohibition contained within U.S.S.G. 1B1.10(b)(2)(C).

Except as provided above, all provisions of the judgment dated __01/08/2002__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 04/01/2008

s/ Michael P. McCuskey
Judge's signature

Effective Date: _____
(if different from order date)

MICHAEL P. McCUSKEY, Chief U.S. District Judge
Printed name and title